GREENBERG TRAURIG, LLP
Robert H. Bernstein (017451982)
500 Campus Drive, Suite 400
Florham Park, New Jersey 07932
(973) 360-7946
Attorneys for Defendant
Related Management Company, L.P.

UNITED STATES DISTRICT COURT
DISTRICT OF NEW JERSEY

| | |
|---|---|
| Sira Traore and Alassane Diane, her Husband,<br><br>　　　　　　　Plaintiff,<br><br>v.<br><br>Fairview Homes Preservation LP, Bernard Freund, Related Management Company, LP, and Ricardo Mendoza,<br><br>　　　　　　　Defendants. | CIVIL ACTION<br><br>No. 2:20-cv-17924-CCC-ESK<br><br>NOTICE OF MOTION TO DISMISS |

**TO:**　Philip B. Vinick
　　　　7 Becker Farm Road
　　　　Suite 106
　　　　Roseland, New Jersey 07068
　　　　**Attorneys for Plaintiff**

　　　**PLEASE TAKE NOTICE** that on Tuesday, January 19, 2021 at 9:00 A.M. or as soon thereafter as counsel may be heard, Greenberg Traurig, LLP, attorneys for Defendant Related Management Company, L.P., will move before this Court, at the Martin Luther King Building & U.S. Courthouse, 50 Walnut Street, Newark, NJ 07101, for an Order, pursuant to Fed. Rule of Civ. Pro. 12(b)(6), dismissing Plaintiffs' Amended Complaint, with prejudice.

　　　**IN SUPPORT** of this motion, Defendant shall rely on the attached Brief in Support of Motion to Dismiss and Declaration of Rebecca Holtzman, with annexed exhibits.

　　　A proposed form of Order is also submitted.

　　　Oral argument is requested if the motion is opposed.

ACTIVE 54383560v1

2

                                                GREENBERG TRAURIG, LLP
                                                Attorneys for Defendant
                                                Related Management Company, L.P.

                                                By:   */s/Robert H. Bernstein*
                                                           ROBERT H. BERNSTEIN
                                                           A Member of the Firm

Dated: December 23, 2020

## CERTIFICATE OF SERVICE

I hereby certify that on this day, I electronically filed a true and correct copy of the foregoing Notice of Motion to Dismiss Plaintiffs' Amended Complaint, supporting Brief and Declaration of Rebecca Holtzman, with annexed exhibits, and proposed form of Order using the CM/ECF system which will send e-mail notifications of such filing to the following attorneys of record:

>**Philip B. Vinick**
>**7 Becker Farm Road**
>**Suite 106**
>**Roseland, New Jersey 07068**
>**Attorneys for Plaintiff**

Dated: December 23, 2020                    _/s/ Robert H. Bernstein_
                                                            Robert H. Bernstein