NOT FOR PUBLICATION

# UNITED STATES DISTRICT COURT
# DISTRICT OF NEW JERSEY

| | |
|---|---|
| SIRA TRAORE, *et al.*,<br><br>    Plaintiffs,<br>v.<br>FAIRVIEW HOMES PRESERVATION LP, *et al.*,<br><br>    Defendants. | Civil Action No.: 20-cv-17924<br><br>**ORDER** |

**CECCHI, District Judge.**

This matter comes before the Court on Plaintiffs' motion to remand the case to the Superior Court of New Jersey, Essex County. ECF No. 19. Defendant Related Management Company, LP ("RMC")—which removed the case from state court and is the only Defendant to have appeared—opposed Plaintiffs' motion to remand (ECF Nos. 1, 20), to which Plaintiffs replied. ECF No. 23. Also pending is RMC's motion to dismiss, which has been fully briefed. ECF Nos. 3, 6, 11; and

**WHEREAS** on May 11, 2021, Magistrate Judge Edward S. Kiel issued a Report and Recommendation ("R&R") that (1) Plaintiffs' claims under the Fair Housing Act ("FHA"), 42 U.S.C. §3601 *et seq.*, be dismissed in their entirety with prejudice as withdrawn; (2) the motion to remand be granted; (3) the motion to dismiss be (a) denied as moot to the extent that it seeks dismissal of Plaintiffs' FHA claims, and (b) administratively terminated without prejudice to the extent that it seeks dismissal of Plaintiffs' state law claims; and (4) the case be remanded to state court to the extent that it concerns Plaintiffs' state law claims. ECF No. 24; and

**WHEREAS** no objections have been filed thereto; and

**WHEREAS** for the reasons stated in Judge Kiel's R&R,

**IT IS** on this __16__ day of June, 2021,

**ORDERED** that the Court adopts Judge Kiel's R&R discussed herein; and it is further

**ORDERED** that the Clerk of the Court shall **CLOSE** the file in this matter.

**SO ORDERED**.

_____
**CLAIRE C. CECCHI, U.S.D.J.**